# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Kenneth Thompson Sr.
                                          Plaintiff,

v.                                                                           Case No.: 1:23–cv–13982
                                                                            Honorable Sara L. Ellis

The Village of Monee, et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 11, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: The Court strikes Plaintiff's motion to compel [160] for **AGAIN** failing to comport with this Court's standing orders regarding discovery. Plaintiff must file a motion to compel that contains Defendants' response to the motion or demonstrate why Plaintiff could not include Defendants' response. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.